IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


RICHARD BARTRON,

    Plaintiff,
v.                                            CASE NO. 1:06-cv-00067-MP-AK

MONICA DAVID,
FLORIDA PAROLE COMMISSION,
JIMMIE HENRY,

    Defendants.
_____/

**O R D E R**

This matter is before the Court on Doc. 19, Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's complaint, Doc. 1, be dismissed for failure to state a claim and for failure to prosecute. The Magistrate Judge filed the Report and Recommendation on Wednesday, December 27, 2006. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

The Magistrate ordered Plaintiff to file an amended complaint, and when Plaintiff did not file an amended complaint, the Magistrate ordered the Plaintiff to show cause. Plaintiff responded that he did not need to file an amended complaint, that by paying his filing fee he was diligently prosecuting this action, and that he would demonstrate the sufficiency of his complaint in his objections to the Magistrate's Report and Recommendation. Plaintiff has not filed any objections. His unamended complaint challenges the procedures used by the Florida Parole Commission to establish his new Presumptive Parole Release Date at December 26, 2036.

Plaintiff claims that the laws and procedures used by the Parole Commission were not in effect at the time of his original sentencing, the application of which have now resulted in a harsher punishment in violation of the Due Process Clause of the Fourteenth Amendment.  The Court agrees with the Magistrate that Plaintiff has failed to identify the procedures that he claims were not used by the commission, and that Plaintiff has not explained what laws changed, how they changed, and how they have resulted in a harsher punishment.  Because of Plaintiff has not provided sufficient factual detail to support his claims that actions taken by the Florida Parole Commission have violated his due process and other constitutional rights, his complaint does not state a cause of action.  Therefore, having considered the Report and Recommendation, I have determined that it should be adopted.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.  The Magistrate Judge's Report and Recommendation, Doc. 19, is adopted and incorporated by reference in this order;

2.  Plaintiff's complaint, Doc. 1, is dismissed with prejudice.

**DONE AND ORDERED** this   *30th* day of January, 2007

       *s/Maurice M. Paul*
    Maurice M. Paul, Senior District Judge